United States Court of Appeals
Fifth Circuit

**F I L E D**

April 17, 2007

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-41181
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ENRIQUE YANEZ-ZUNIGA,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:06-CR-6-ALL
--------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Enrique Yanez-Zuniga (Yanez) appeals the sentence imposed
following his guilty-plea conviction for illegal reentry after
deportation.  Yanez argues that the district court erroneously
characterized his state court convictions for simple possession
of controlled substances as aggravated felonies under U.S.S.G.
§ 2L1.2(b)(1)(C).  We review Yanez's challenge to the district
court's application of the Sentencing Guidelines de novo.  See
United States v. Villegas, 404 F.3d 355, 359 (5th Cir. 2005).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Given the Supreme Court's recent decision in <u>Lopez v. Gonzales</u>, 127 S. Ct. 625 (2006), Yanez's argument has merit. <u>See</u> <u>United States v. Estrada-Mendoza</u>, 475 F.3d 258, 260-61 (5th Cir. 2007). Accordingly, Yanez's sentence is vacated, and the case is remanded for resentencing in light of <u>Lopez</u>.

CONVICTION AFFIRMED; SENTENCE VACATED AND REMANDED FOR RESENTENCING.